**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director, Plaintiffs, | : | C.A. No. 04-124T |
| v. | : | |
| CLASSIC COACH, INC., Defendant. | : | |

**APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

Now comes Plaintiffs, by and through their attorney, and request entry of default against Defendant pursuant to Fed. R. Civ. Proc 55(a).

As reasons therefore, Plaintiffs offer the accompanying affidavit.

Respectfully submitted,
On behalf of the Plaintiffs,
By their attorney,

Jennifer Azevedo, Esq. (#6462)
GURSKY LAW ASSOCIATES
18 Imperial Place, Suite 1D
Providence, RI 02903
Tel. (401) 454-7400
Fax (401) 621-8553

Dated: August 17, 2004



SCANNED

3

CERTIFICATION

I, Jennifer Azevedo, hereby certify that I caused a copy of the foregoing Application to Clerk for Entry of Default to be sent first-class mail, postage prepaid on this 17th day of August, 2004, to the following parties of record:

Classic Coach, Inc.
P.O. Box 1005
Coventry, RI 02816

John P. Gauvin, President & R/A/S
Classic Coach, Inc.
12 Whispering Pines Terrace
West Greenwich, RI 02817

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director, Plaintiffs, | : | C.A. No. 04-124T |
| v. | : | |
| CLASSIC COACH, INC., Defendant. | : | |

**AFFIDAVIT IN SUPPORT OF**
**APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

I, Jennifer Azevedo, being first duly sworn, depose and state as follows:

1. I am counsel of record to Plaintiffs and have personal knowledge of the facts set forth herein.

2. The Complaint in this case was filed on April 9, 2004. Defendant was served by Constable Thomas Noury on April 13, 2004.

3. Greater than twenty (20) days have elapsed and Defendant has failed to plead or otherwise respond to the Complaint.

4. Defendant was not, at the time of the commencement of this action, nor is the Defendant now in the Military Service of the United States as defined in the Soldiers' and Sailors' Relief Act of 1940; nor is the Defendant an infant or incompetent.

5. The Defendant has no set-offs or counterclaims against this account, and in my opinion, there is no defense to this claim or cause of action.

Dated: August 17, 2004

I, Jennifer Azevedo, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

Jennifer Azevedo, Esq. (#6462)

Subscribed and sworn to before me, by Jennifer Azevedo, this 17th day of August, 2004.

Kathleen Sullivan
Notary Public
My commission expires on: 4/05/05

## CERTIFICATION

I, Jennifer Azevedo, hereby certify that I caused a copy of the foregoing Affidavit in Support of Application to Clerk for Entry of Default to be sent first-class mail, postage prepaid on this 17th day of August, 2004, to the following parties of record.

Classic Coach, Inc.
P.O. Box 1005
Coventry, RI 02816

John P. Gauvin, President & R/A/S
Classic Coach, Inc.
12 Whispering Pines Terrace
West Greenwich, RI 02817