**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

TEAMSTERS LOCAL 251 HSIP, ET. AL.
*Plaintiffs,*

v.

CLASSIC COACH, INC.
*Defendant.*

C.A. 04-124T

**PLAINTIFFS' RESPONSE TO SHOW CAUSE ORDER**

Plaintiffs hereby file this statement in response to this Court's February 15, 2005 show cause order in the above-captioned matter. In support thereof Plaintiffs state as follows:

1. On or about August 17, 2004, Default was entered against Defendant due to Defendant's failure to respond.

2. Since August of 2004, Plaintiffs have engaged in negotiations with Defendant monthly, in an attempt to settle this case.

3. Plaintiffs, through its trustee Joseph Bairos, are scheduled to meet with Defendant the first week of March, 2005 in a continued attempt to reach a settlement agreement.

4. If no settlement is reached at that time, Plaintiffs will file a Motion for Entry of Default Judgment.



6

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

Elizabeth Wiens, Esq. (#6827)
Marc Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
18 Imperial Place, Suite 1D
Providence, RI 02903
Tel.(401) 454-7400
Fax (401) 621-8553

Dated: February 18, 2005

## CERTIFICATION

I hereby certify that I mailed first class, postage prepaid, a true copy of the within document to Classic Coach, Inc., P.O. Box 1005, Coventry, Rhode Island 02816 and John P. Gauvin, President, 12 Whispering Pines Terrace, West Greenwich, Rhode Island 02817 on this 18th day of February, 2005.

April Carter