**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director, Plaintiffs, | : | C.A. No. 04-124T |
| v. | : | |
| CLASSIC COACH, INC., Defendant. | : | |

**MOTION FOR ENTRY OF JUDGMENT BY DEFAULT**

Now come Plaintiffs, by and through their attorney, and request that this Court enter judgment by default pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. Judgment is sought in the amount of $37,703.68.

In support of this Motion, Plaintiffs rely upon the Affidavit of Paul A. MacDonald and Exhibit 1, filed contemporaneously herein.

Respectfully submitted,
On behalf of the Plaintiffs,
By their attorney,

Elizabeth Wiens, Esq. (#6827)
Marc Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
18 Imperial Place, Suite 1D
Providence, RI 02903
Tel. (401) 454-7400
Fax (401) 621-8553

Dated: February 10, 2005



7

**CERTIFICATION**

I hereby certify that I caused a copy of the foregoing Motion for Entry of Judgment by Default to be sent first-class mail, postage prepaid on this 24 day of ~~February~~ March, 2005, to the following parties of record:

Classic Coach, Inc.
P.O. Box 1005
Coventry, RI 02816

John P. Gauvin, President & R/A/S
Classic Coach, Inc.
12 Whispering Pines Terrace
West Greenwich, RI 02817

[signature]