UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director, Plaintiffs, | : | C.A. No. 04-124T |
| v. | : | |
| CLASSIC COACH, INC., Defendant. | : | |

**AFFIDAVIT OF PAUL A. MACDONALD**
**IN SUPPORT OF JUDGMENT BY DEFAULT**

I, Paul A. MacDonald, being first duly sworn, depose and state as follows:

1. I am the Executive Director of Teamsters Local 251 Health Services and Insurance Plan ("the Plan"), a joint labor-management employee benefit plan which provides health and other benefits to members of Teamsters Local 251.

2. Defendant is party to a collective bargaining agreement which requires contributions to the Plan based on hours worked for defendant by members of Teamsters Local 251. These funds are used to purchase insurance benefits.

3. Contributions to the Plan are due by the 10th of the month following the month in which the work was performed. Since November, 2003, defendant's payments to the Plan have been untimely. (See Exhibit 1.)

4. Defendant has failed to make contributions to the Plan for the period April, 2004 and May, 2004. (Defendant stopped operating on May 21, 2004.) Contributions are owed in the amount of $9,088.23. (See Exhibit 1.)



8

5. Pursuant to the Trust Agreement, interest is accrued at the rate of 1.5% per month. Interest on the delinquent contributions is $4,679.78. (See Exhibit 1.)

6. Pursuant to the Employee Retirement Income Security Act, 29 U.S.C. §§1132 and 1145 and the Plan's Trust Agreement, the Court shall award a 20% penalty. Penalties are in the amount of $22,935.67. (See Exhibit 1.)

7. The Plan has thus far expended costs in the amount of $190.00 and counsel fees in the amount of $810.00 prosecuting this action.

8. In light of the foregoing figures, the Plan requests that the Court enter judgment in the amount of $37,703.68.

9. The foregoing is true and correct to the best of my knowledge.

Dated: FEB 11, 2005

I, Paul A. MacDonald, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

Paul A. MacDonald
Paul A. MacDonald

Subscribed and worn to before me, by Paul A.MacDonald, this 11 day of February, 2005.

Sunny Boudreau
NOTARY PUBLIC
My commission expires: 6/18/05

**CERTIFICATION**

I hereby certify that I caused a copy of the foregoing Affidavit to be sent first-class mail, postage prepaid on this 24th day of ~~February~~ March, 2005, to the following parties of record:

Classic Coach, Inc.
P.O. Box 1005
Coventry, RI 02816

John P. Gauvin, President & R/A/S
Classic Coach, Inc.
12 Whispering Pines Terrace
West Greenwich, RI 02817

Kerrie L Kaweski

# EXHIBIT 1

| Month/Year | Amount Due | Due D[illegible] | Date Paid | Days Late | Int[illegible]t | 20% Penalty |
|---|---|---|---|---|---|---|
| Nov. 2003 | $27,607.48 | 12/10/03 | 02/27/04 | 79 | $1,090.50 | $5,521.50 |
| Dec. 2003 | $23,102.28 | 01/10/04 | 04/15/04 | 96 | $1,108.91 | $4,620.46 |
| Jan. 2004 | $25,735.20 | 02/10/04 | 04/21/04 | 71 | $913.60 | $5,147.04 |
| Feb. 2004 | $18,465.98 | 03/10/04 | 04/21/04 | 42 | $387.79 | $3,693.20 |
| March 2004 | $10,679.19 | 04/10/04 | 04/21/04 | 11 | $58.74 | $2,135.84 |
| April 2004 | $6,684.73 | 05/10/04 | 02/12/05 | 278 | $929.18 | $1,336.95 |
| May 2004 | $2,403.50 | 06/10/04 | 11/16/04 | 159 | $191.08 | $480.70 |
| | | | | | | |
| TOTAL | $114,678.36 | | | | $4,679.78 | $22,935.67 |
| AMOUNT PD | $105,590.13 | | | | | |
| OWED | $9,088.23 | | | | | |
| | | | | | | |
| TOTAL DUE | $36,703.68 | | | | | |