**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HSIP, ET. AL. *Plaintiffs*, | : | |
| v. | : | C.A. 04-124T |
| CLASSIC COACH, INC. *Defendant*. | : | |

**PLAINTIFFS' MOTION TO ATTACH**

Now come Plaintiffs, by and through their attorney, and move that TEAMSTERS LCOAL 251 HEALTH SERVICES AND INSURANCE PLAN ET. AL. be permitted to attach the goods and chattels and real estate of CLASSIC COACH, INC. of West Greenwich, Rhode Island and also to attach the personal estate of CLASSIC COACH, INC. in the hands or possession of Centreville Savings Bank, West Warwick, Rhode Island as said trustee of the said CLASSIC COACH, INC. and also to attach its stock or shares in any backing association or incorporated company to the value of $37,703.68.

As reason therefore, Plaintiffs' attorney offers the accompanying affidavit.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorney,

Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

Dated: June 6, 2005

CERTIFICATION

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 8 day of June, 2005, to the following party of record:

John P. Gauvin, President
Classic Coach, Inc.
12 Whispering Pines Terrace
West Greenwich, RI 02817

Classic Coach, Inc.
P.O. Box 1005
Coventry, RI 02816

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HSIP, ET. AL. *Plaintiffs*, | : | |
| v. | : | C.A. 04-124T |
| CLASSIC COACH, INC. *Defendant*. | : | |

**AFFIDAVIT IN SUPPORT OF PLAINTIFFS' MOTION TO ATTACH**

Now come Plaintiffs, by and through their attorney, Elizabeth A. Wiens, and under oath state as follows:

1. I, Elizabeth A. Wiens, am attorney for Plaintiffs in the above-entitled matter.

2. Classic Coach, Inc. is indebted to Plaintiffs in the amount of $37,703.68.

3. Teamsters Local 251 Health Services and Insurance Plan, et. al. have a just claim against Classic Coach, Inc., as evidenced by Plaintiffs' Judgment against Classic Coach, Inc., attached hereto as Exhibit 1, and named in said writ that is due, upon which they expect to recover in said action a sum sufficient to give jurisdiction to this Court.

Elizabeth A. Wiens, Esq.

Subscribed and sworn to before me on this 7 day of June, 2005 at North Kingstown, Rhode Island.

Notary Public
My commission expires: 7/12/05

CERTIFICATION

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 7 day of June, 2005, to the following party of record:

John P. Gauvin, President
Classic Coach, Inc.
12 Whispering Pines Terrace
West Greenwich, RI 02817

Classic Coach, Inc.
P.O. Box 1005
Coventry, RI 02816

Kerrie L Kamuski

# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Teamsters Local 251 Health
Services and Insurance Plan,
and Paul A. MacDonald, in his
official capacity as Executive
Director,
Plaintiffs

vs. C.A. NO. 04-124T

Classic Coach, Inc.,
Defendant

## JUDGMENT

**[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

**[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order entered on April 19th, 2005, Judgement enters by default for the Plaintiffs in the amount of $37,703.68.

Enter:

Deputy Clerk

Dated: April 19th, 2005

10

**The President of the United States of America**

**To the Marshal of the United States for the District of Rhode Island, or his Deputy-GREETING:**

**WE COMMAND YOU to attach the goods and chattels and real estate of** Classic Coach, Inc.

**and them in safe custody keep; and also to attach the personal estate of the said** Classic Coach, Inc.

**in the hands or possession of** Centreville Savings Bank, West Warwick, RI

**and also attach** its **stock or shares in any banking association or incorporated company to the value of** $37,703.68 **dollars; and to summon the said** Classic Coach, Inc.

**to answer the complaint of** Teamsters Local 251, HSIP, et al

**at our District Court to be holden at Providence within and for said district in a civil action, this writ being a writ of process in addition to and in aid of a summons issued by the clerk of said District Court in a civil action commenced by a complaint filed with said Court on** April 9, 2004

**to the damage of the plaintiff** s **, as** they **say** , $37,703.68 **dollars.**

**Hereof fail not, and make true return of this writ, with your doings thereon.**

**WITNESS, the Hon.** ____________________ **, Judge of said Court,**
**at Providence, this** ________ **day of** June, 2005 **, A.D.** ~~1999~~

____________________
**Clerk.**