**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HSIP, ET. AL. *Plaintiffs*, | : | |
| v. | : | C.A. 04-124T |
| CLASSIC COACH, INC. *Defendant*. | : | |

FILED
JUN 09 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**PLAINTIFFS' MOTION TO ATTACH**

Now come Plaintiffs, by and through their attorney, and move that TEAMSTERS LCOAL 251 HEALTH SERVICES AND INSURANCE PLAN ET. AL. be permitted to attach the goods and chattels and real estate of CLASSIC COACH, INC. of West Greenwich, Rhode Island and also to attach the personal estate of CLASSIC COACH, INC. in the hands or possession of Centreville Savings Bank, West Warwick, Rhode Island as said trustee of the said CLASSIC COACH, INC. and also to attach its stock or shares in any backing association or incorporated company to the value of $37,703.68.

As reason therefore, Plaintiffs' attorney offers the accompanying affidavit.

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
7/5/05