**I,** Elizabeth A. Wiens, Attorney for ______________________, **plaintiffs named in the within writ, make affidavit and say** Teamsters Local 251 HSIP, et al

have **a just claim against the defendant,** Classic Coach, Inc **named in said writ that is due, upon which** they **expect**___ **to recover in said action, a sum sufficient to give jurisdiction to the court to which said writ is returnable.**

**Subscribed and sworn to in** ______________________ **this** _____ **day of** ______________, **A.D. 1999**

**Before me**

______________________

**Notary Public**
**Justice of the Peace**

# WRIT

Teamsters Local 251 HSIP, et al

vs.

Classic Coach, Inc.
[redacted]

C.A. No.: 04-124T

Elizabeth Wiens, #6827

**Plaintiff's Attorney**

Gursky Law Associates
420 Scrabbletown Road, Ste. C
North Kingstown, RI 02852
Telephone: (401)294-4700
Facsimile: (401)294-4702

**The President of the United States of America**

**To the Marshal of the United States for the District of Rhode Island, or his Deputy-GREETING:**

**WE COMMAND YOU to attach the goods and chattels and real estate of** Classic Coach, Inc.

**and them in safe custody keep; and also to attach the personal estate of the said** Classic Coach, Inc.

**in the hands or possession of** Centreville Savings Bank, West Warwick, RI

**and also attach** its **stock or shares in any banking association or incorporated company to the value of** $37,703.68 **dollars; and to summon the said** Classic Coach, Inc.

**to answer the complaint of** Teamsters Local 251, HSIP, et al

**at our District Court to be holden at Providence within and for said district in a civil action, this writ being a writ of process in addition to and in aid of a summons issued by the clerk of said District Court in a civil action commenced by a complaint filed with said Court on** April 9, 2004

**to the damage of the plaintiff** s**, as** they **say**, $37,703.68 **dollars.**

**Hereof fail not, and make true return of this writ, with your doings thereon.**

**WITNESS, the Hon.** Ernest C. Torres**, Judge of said Court,**
**at Providence, this** 11 **day of** ~~June, 2005~~ July, 2005**, A.D. 1999**

**Clerk.**

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2005 JUL 11 P 12:06
FILED