U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF<br>Teamsters Local 251 HSIP, et al | COURT CASE NUMBER<br>CA 04-124T |
| DEFENDANT<br>Classic Coach, Inc. | TYPE OF PROCESS<br>Civil Writ of Execution |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Classic Coach, Inc.

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 12 Whispering Pines Terrace, West Greenwich, RI 02817

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852
Elizabeth Wiens

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

Fold Fold

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | 401-294-4700 | |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. | No. | KW | 7.19.05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

| Date of Service | Time |
|---|---|
| 7/20/05 | 1205 pm |

Signature of U.S. Marshal or Deputy: C. A. Moore

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $ ~~20.00~~ $ 45.00 | $ 21.87 | | $ 86.87 | 150.00 | | $ 63.13 |

REMARKS:

$~~30~~.00 Administrative Fee for completion of USM 285
(MOVED 2 MONTHS AGO) KATIE CARRIER - 13 ONLY 1 HOME 7/20/05 1 DUSM 1 1/2 HRS 54 MILES
TOTAL 1 DUSM, 1.5 HRS, 54 MILES (1) ENDEVOUR

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)

DC 11
Rev. 7/82

# WRIT OF EXECUTION

| United States District Court | DISTRICT: Rhode Island |
|---|---|

TO THE MARSHAL OF:

United States for the District of Rhode Island

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging

NAME

Classic Coach, Inc.
12 Whispering Pines Terrace
West Greenwich, RI 02817

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | | DOLLAR AMOUNT |
|---|---|---|
| $37,703.68 | and | |

in the United States District Court for the ______________ District of Rhode Island, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Classic Coach, Inc. in the case of:
Teamsters Local 251, HSIP, et al v. Classic Coach, Inc.,
C.A. No.: 04-124T

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| U.S. District Court | Rhode Island |
| CITY: Providence | DATE: 9/15/05 |

Witness the Honorable ______________
(United States Judge)

| DATE | CLERK OF COURT |
|---|---|
| 6/15/05 | (BY) DEPUTY CLERK Francis P. McCabe |

RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |