**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HSIP, ET. AL<br>*Plaintiffs*, | : | |
| v. | : | C.A. 04-124T |
| CLASSIC COACH, INC.<br>*Defendant*. | : | |

**MOTION AND NOTICE FOR JUDGMENT DEBTOR'S APPEARANCE FOR EXAMINATION AS TO PROPERY SUBJECT TO EXECUTION**

Plaintiffs Teamsters Local 251 HSIP, et. al., in whose favor a $37,703.68 judgment[1] was rendered against Defendant Classic Coach Inc. ("Classic Coach"), by its undersigned attorney, moves the court for an order requiring Classic Coach to appear before this court forthwith for examination regarding the latter party's property subject to execution within the State of Rhode Island.

The ground for this motion is that Classic Coach is subject to such examination herein under the circumstances set out in the attached supporting affidavit pursuant to Rule 69(a) of the Federal Rules of Civil Procedure by virtue of R.I. Gen. Laws § 9-28-4, governing practice and procedure in supplementary proceeding in aid of execution of money judgments.

This motion is based on the attached affidavit of the Plaintiffs' attorney and on all the pleadings, records, and papers in this action.

[1] Plaintiffs also seek interest, costs and attorneys' fees.

Respectfully submitted,
On behalf of Plaintiff,
By its attorney,

Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

Dated: October 31, 2005

CERTIFICATION

I hereby certify that I caused a copy of the foregoing to be sent pre-paid, first-class mail, on this 31st day of October, 2005, to the following party of record:

John Gauvin, as Keeper of the Records for Classic Coach
2030 Nooseneck Hill Rd.
Coventry, RI 02816

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HSIP, ET. AL<br>*Plaintiffs*, | : | |
| v. | : | C.A. 04-124T |
| CLASSIC COACH, INC.<br>*Defendant*. | : | |

**AFFIDAVIT IN SUPPORT OF MOTION**
**FOR JUDGMENT DEBTOR'S APPEARANCE FOR EXAMINATION**
**AS TO PROPERY SUBJECT TO EXECUTION**

Elizabeth Wiens, being duly sworn, deposes and says:

1. I am the attorney for Teamsters Local 251 HSIP, et. al., plaintiffs in the above-captioned action, and make this affidavit in support of Plaintiffs' motion for an order from this court requiring that Defendant Classic Coach, Inc. ("Classic Coach"), by and through its agents, be brought before this court for examination to determine what property Classic Coach may have in the State of Rhode Island subject to execution.

2. On April 19, 2005, a judgment was rendered in this Court for the Plaintiffs and against Classic Coach for $37,703.68 (excluding post-judgment interest, costs, and attorneys' fees).

3. On June 15, 2005, a writ of execution was issued from this Court requiring the United States Marshal for this district to levy on the property of Classic Coach within the State of Rhode Island and subject to execution, for purpose of satisfying the aforementioned judgment, but on July 22, 2005, the writ was returned unsatisfied.

4. On August 14, 2004, Plaintiffs issued a subpoena duces tecum, ordering John Gauvin, as Keeper of the Records of Classic Coach, Inc., to appear at Plaintiffs'

attorney's office on September 12, 2005. John Gauvin failed to appear and has not produced the requested documents.

5. As reflected by the official records of this court there is still due and owing from Classic Coach on the judgment damages of $37,703.68, excluding costs, attorneys' fees and interest. Classic Coach d/b/a Road Island Red also owes Plaintiffs $43,085.99 pursuant to a judgment of this Court on April 26, 2005 (See C.A. No. 04-352ML).

6. Based on affiants' information and belief there is property of Classic Coach subject to execution within the State of Rhode Island which appears to be discoverable only through appropriate supplementary proceedings in aid of execution such as requested in the Plaintiffs' Motion.

6. John Gauvin, as keeper of the records for Classic Coach, is known by affiant to reside within this judicial district in the town of Coventry at 2030 Nooseneck Hill Road.

E. Wiens

Elizabeth Wiens, Esq. (#6827)

Subscribed and sworn to before me on October 31st, 2005.

Kathleen Sullivan

Notary Public

My commission expires: 4/15/09

CERTIFICATION

I hereby certify that I caused a copy of the foregoing to be sent pre-paid, first-class mail, on this 3 day of October 31, 2005, to the following party of record:

John Gauvin, as Keeper of the Records for Classic Coach
2030 Nooseneck Hill Rd.
Coventry, RI 02816