**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

TEAMSTERS LOCAL 251 HSIP, ET. AL
*Plaintiffs,*

v. C.A. 04-124T

CLASSIC COACH, INC.
*Defendant.*

**ORDER FOR APPEARANCE OF JUDGMENT DEBTOR FOR EXAMINATION AS TO PROPERY SUBJECT TO EXECUTION**

It appears to the court from the motion and supporting affidavit of Attorney Elizabeth Wiens, filed herein on November 1st, 2005, that Plaintiffs Teamsters Local 251 HSIP, et. al., recovered a $37,703.68 judgment in this action against Defendant Classic Coach Inc. ("Classic Coach") on April 19, 2005 and that no part of the judgment has been paid or satisfied; therefore

IT IS ORDERED that:

1. John Gauvin, as keeper of the records for Classic Coach, is commanded to appear and submit to examination at a supplementary proceeding ordered hereby to be held at U.S. DISTRICT COURT, COURTROOM B, 2nd FLOOR, PASTORE BLDG., TWO EXCHANGE TERRACE, PROVIDENCE, RI on Dec. 20, 2005 at 11:00 o'clock A.m. for the purpose of determining what property or assets Classic Coach owns in this district that may be subjected to execution or garnishment toward satisfaction of the judgment rendered against it herein on April 19, 2005.

2. A copy of this order, together with the motion and supporting affidavit of Elizabeth Wiens filed herein on November 1, 2005, is to be served on John Gauvin by DEC. 9, 2005.

ENTER:

David L. Martin
U.S. MAGISTRATE JUDGE

PER ORDER:

Presented by:

Elizabeth A. Wiens, Esq. (#6827)
Gursky Law Associates
420 Scrabbletown Road, Ste. C
N. Kingstown, RI 02852
Tel. 401-294-4700
Fax.401-294-4702

Dated: October 31, 2005