**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HSIP, ET. AL<br>*Plaintiffs*,<br><br>v.<br><br>CLASSIC COACH, INC.<br>*Defendant*. | : | C.A. 04-124T |

**AFFIDAVIT OF ELIZABETH WIENS**

I, Elizabeth Wiens, being first duly sworn, depose and state as follows:

1. I, Elizabeth Wiens, am an associate attorney in the Law Firm of Gursky Law Associates, located at 420 Scrabbletown Rd., North Kingstown, Rhode Island, and counsel of record for the Plaintiffs in the above-captioned matter. The usual and customary attorney's fee charged by our office is $150.00 per hour.

2. Gursky Law Associates' practice is concentrated in the areas of labor and employment, including workers' compensation, pension rights, labor law and employment discrimination.

3. I was admitted to the Bar of the Supreme Court of the State of Rhode Island on November 17, 2003, to the Supreme Judicial Court of Massachusetts in December, 2003, and to the United States District Court for the District of Rhode Island in Spring 2004. I graduated from SUNY Geneseo in May 2000 and from Roger Williams University School of Law in May 2003.

4. In representing the Plaintiffs in the above matter, a total of 4.75 hours was spent in an attempt to examine John Gauvin regarding his assets. This does not include hours spent seeking to depose him and costs associated therewith. Attorney's fees were expended for

a total of seven hundred and twelve dollars and fifty cents ($712.50):

| | |
|---|---|
| Draft Motion for citation hearing, Affidavit and Order | 1.00 |
| Draft letter of John Gauvin advising him of hearing and requesting documents | .50 |
| Research on MERLIN for John Gauvin TCT union regarding Gauvin's whereabouts | .75 |
| LEXIS research: RI law on consequences of Failure to appear | .50 |
| Court appearance and travel: citation hearing | 1.00 |
| Draft Motion for fees, affidavit and writ | 1.00 |
| | 4.75 |

Dated: February 2, 2006

I, Elizabeth Wiens, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

Elizabeth Wiens

Subscribed and sworn to before me, by Elizabeth Wiens, this 2nd day of February 2006.

Kathleen Sullivan
Notary Public

My commission expires on: 4/25/09