UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director, Plaintiffs | : | |
| v. | : | CA 04-124 T |
| CLASSIC COACH, INC., Defendant | : | |

**ORDER VACATING**
**ORDER TO SHOW CAUSE**

The Order Requiring John Gauvin to Show Cause (Document #20) entered on February 15, 2006 is hereby vacated.

So Ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
February 22, 2006

BY ORDER:

Deputy Clerk