DC 11
Rev. 7/82

# WRIT OF BODY ATTACHMENT

| United States District Court | DISTRICT RHODE ISLAND |
|---|---|

TO THE MARSHAL OF:

United States for the District of Rhode Island

YOU ARE HEREBY COMMANDED to attach the body of

NAME

John Gauvin

in Teamsters Local 251 et. al. v. Classic Coach, C.A. 04-124T

DOLLAR AMOUNT

DOLLAR AMOUNT

and

forthwith to answer for contempt in failing or refusing to comply with the order of this court entered on November 1, 2005, ordering Mr. Gauvin's Appearance for Examination as to property subject to execution

and also the costs that may accrue under this writ.

And that you have a him ; at the place ; listed below; and that you bring this writ with you.

| PLACE U.S. District Court | DISTRICT Rhode ISland |
|---|---|
| CITY Providence | DATE 3-2-06 |

Witness the Honorable David L Martin USMJ
(United States Judge)

| DATE | CLERK OF COURT |
|---|---|
| 3-2-06 | (BY) DEPUTY CLERK [signature] |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |