UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director, Plaintiffs, | : | |
| v. | : | CA 04-124 T |
| CLASSIC COACH, INC., Defendant. | : | |

**SECOND[1] ORDER**
**REQUIRING**
**JOHN GAUVIN TO SHOW CAUSE**

On November 25, 2005, this court issued an Order which commanded John Gauvin ("Mr. Gauvin"), as keeper of the records for Classic Coach, Inc., to appear and submit to examination at a supplementary proceeding to be held on December 20, 2005. See Order for Appearance of Judgment Debtor for Examination as to Property Subject to Execution (Document ("Doc.") #17); see also Docket. The day before the scheduled hearing Mr. Gauvin contacted Plaintiffs' counsel, Elizabeth Wiens ("Attorney Wiens"), and requested that the matter be rescheduled because he was ill. See Tape of 3/2/06 Conference; Tape of 1/23/06 Hearing. Attorney Wiens acceded to Mr. Gauvin's request, and the supplementary proceeding was rescheduled for 10:00 a.m. on January 23, 2006. See id. Attorney Wiens provided Mr. Gauvin with notice of the January 23, 2006, date. See id.

Mr. Gauvin failed to appear for the January 23, 2006, hearing, and he did not contact either Attorney Wiens or the

---

[1] A previous order to show cause was issued on February 15, 2006, but it was subsequently vacated because service on Mr. Gauvin could not be made prior to the scheduled hearing date of March 2, 2006.

court. See id. Accordingly, **John Gauvin is hereby ordered to appear at 10:00 a.m. on Thursday, April 6, 2006,** in Courtroom B, second floor, Pastore Building, Two Exchange Terrace, Providence, Rhode Island, **and show cause why he should not be adjudged in contempt for his failure to appear at the January 23, 2006, supplementary proceeding.**

So Ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
March 2, 2006

BY ORDER:

Deputy Clerk