UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director, Plaintiffs | : | |
| v. | : | CA 04-124 T |
| CLASSIC COACH, INC., Defendant | : | |

**ORDER VACATING**
**SECOND ORDER TO SHOW CAUSE**

Because the U.S. Marshals have been unable to locate and serve John Gauvin with the Second Order to Show Cause (Document #24) entered on March 2, 2006, said Order is hereby vacated.

So Ordered.

ENTER:

David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
March 28, 2006

BY ORDER:

Martha Saucier
Deputy Clerk