UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director, Plaintiffs, | : | |
| v. | : | CA 04-124 T |
| CLASSIC COACH, INC., Defendant. | : | |

**ORDER**
**VACATING BODY ATTACHMENT**

On March 2, 2006, this Court issued an Order which granted Plaintiffs' Motion for Attorneys' Fees and Body Attachment against John Gauvin (Document ("Doc.") #18). See Order Granting Motion for Attorneys' Fees and Body Attachment (Doc. #22) ("Order of 3/2/06"). Subsequently, on March 24, 2006, the Court sent a letter to Plaintiffs' counsel, directing her to answer in writing three questions regarding the execution of the body attachment and advising that execution of the body attachment would not be authorized until the questions had been answered to the Court's satisfaction.[1] See Letter from Martin, M.J., to Wiens of 3/24/06. No written reply was received to the Court's letter.

In early May 2006, Plaintiffs' counsel verbally advised the Clerk that she was not pursuing the case "at this time." In light of this statement and the lack of a written response to the questions posed in the Court's letter of March 24, 2006, the Writ of Body Attachment (Doc. #23) which was issued against John Gauvin ("Mr. Gauvin") on March 2, 2006, is hereby vacated as is

[1] The Court also had previously advised Plaintiffs in a March 2, 2006, letter that they were to refrain from executing the body attachment until they had answered certain questions regarding how it would be executed. See Letter from Martin, M.J., to Wiens of 3/2/06.

that portion of the Order of 3/2/06 which directed that a body attachment be issued against Mr. Gauvin.

So ordered.

ENTER:

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
May 24, 2006

BY ORDER:

Deputy Clerk